Mark C. Manning
MARK C. MANNING, P.C.
1000 O'Malley Road., Ste. 202
Anchorage, Alaska  995515
(907) 278-9794 fax 278-1169
manning@alaska.net
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

COASTAL MARINE FUND,                )
                                    )
                    Plaintiff,      )
                                    )
v.                                  )
                                    )
JOHN P. LYMAN,                      )
                                    )        Case No.  3:11-cv-00211-JWS
                    Defendant.      )
_____     )

**STATUS REPORT**

This is to report the status of documentation of settlement of this action.  Counsel have
negotiated a tentative settlement document.  One of the individuals on Plaintiff's side who needs to
review and approve the document has reportedly been out of the country and unavailable to review
the document, and is to return the week of October 27, 2014.  The parties expect to close the
settlement shortly after his or her return.  Accordingly, it is respectfully suggested this matter be
scheduled for another report in 30 days, if closing has not occurred.

DATED this 4th day of April, 2013, at Anchorage, Alaska.

s/ Mark C. Manning
MARK C.  MANNING, P.C.
Counsel for Plaintiff
1000 O'Malley Road Suite 202
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I certify that, on 10/22 /14, a copy of
the foregoing was  served electronically on:

Robert L. Richmond, Esq.
Rebecca Lindemann, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
E-Mail: brichmond@richmondquinn.com


   s/ Mark C.  Manning

*Coastal Marine Fund v. Lyman*
3:11-cv-00211-JWS                              2