Mark C. Manning
MARK C. MANNING, P.C.
1000 O'Malley Road., Ste. 202
Anchorage, Alaska 995515
(907) 278-9794 fax 278-1169
manning@alaska.net
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| COASTAL MARINE FUND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN P. LYMAN, ) | |
| ) | Case No. 3:11-cv-00211-JWS |
| Defendant. ) | |
| _____) | |

**STATUS REPORT**

    This is to report the status of documentation of settlement of this action. Counsel had negotiated a tentative settlement document. Certain language appeared to be impeding approval of the document from Plaintiff's side. Revision by counsel this week would appear to have adequately addressed that point, but Plaintiff's counsel needs a few days to receive confirmation from principals. Accordingly, it is respectfully suggested this matter be scheduled for another report in 30 days, if closing has not occurred.

    DATED this 21st day of November, 2014, at Anchorage, Alaska.

    s/ Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Plaintiff
1000 O'Malley Road Suite 202
Anchorage, AK 99501
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

CERTIFICATE OF SERVICE

I certify that, on 11/21 /14, a copy of
the foregoing was  served electronically on:

Robert L. Richmond, Esq.
Rebecca Lindemann, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
E-Mail: brichmond@richmondquinn.com


    s/ Mark C.  Manning

*Coastal Marine Fund v. Lyman*
3:11-cv-00211-JWS                                     2