Mark C. Manning
MARK C. MANNING, P.C.
1000 O'Malley Road, Ste. 202
Anchorage, Alaska 99515
(907) 278-9794 fax 278-1169
manning@alaska.net
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| COASTAL MARINE FUND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN P. LYMAN, ) | |
| ) | Case No. 3:11-cv-00211-JWS |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action stipulate that the entire case may be dismissed with prejudice, the parties to bear their respective costs and fees.

Dated: December 17, 2014

s/ Mark C. Manning
MARK C. MANNING, P.C.
Counsel for Plaintiff
1000 O'Malley Road, Suite 202
Anchorage, AK 99515
Phone: (907) 278-9794
Fax: (907) 278-1169
manning@alaska.net
ABA No. 8110066

s/ Rebecca Lindemann (w/ consent)
RICHMOND & QUINN
Counsel for Defendant
360 k Street, Ste. 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
brichmond@richmondquinn.com
Alaska Bar No.